**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARK RUMBURG,

      Plaintiff,

      v.                                      Case No. 10-CV-11670-DT

SECRETARY OF THE ARMY, JOHN M.
MCHUGH,

      Defendant.
                                               /

**OPINION AND ORDER GRANTING IN PART PLAINTIFF'S
"MOTION REQUESTING AN ALTERNATE FORM OF SERVICE"**

Before the court is a "Motion Requesting an Alternate Form of Service," filed by Plaintiff Mark Rumburg on July 16, 2010. The court discussed the motion with the parties, on the record, during the July 29, 2010 status conference. During the conference, defense counsel indicated that they have no objection to the motion.

In his motion, Plaintiff requests that he be served electronically with all filed documents. He indicates that he has had issues with the regularity of his postal mail, and he requests some form of modified electronic filer status, or simply to be served by email. The court will not grant his request to participate as an electronic filer, as Plaintiff admits he cannot satisfy all of the requirements of the local rules regarding e-filing. The court is inclined to believe that any issues Plaintiff has experienced with his mail in this case are due, at least in part, to the inaccuracy of the mailing address that Plaintiff listed on his civil cover sheet. Nonetheless, the court will, as a courtesy, email pdf versions of any future orders entered in this case. Accordingly,

IT IS ORDERED that Plaintiff's "Motion Requesting an Alternate Form of Service" [Dkt. # 18] is GRANTED IN PART. In addition to mailing Plaintiff copies of its orders, the court will email pdf versions of future orders to Plaintiff's email address, [mark6547@hotmail.com.](mailto:mark6547@hotmail.com) Defendant is DIRECTED to serve all documents on Plaintiff by mail and email.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 4, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 4, 2010, by electronic and/or ordinary mail.

    s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\10-11670.RUMBURG.Service.wpd